**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IZEA REED** | ) | NO. CV 09-7149-ODW(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **ERNEST ROE, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

     Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: October 7, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE